JOSEPH COLVIN, Individually and as Parent and Natural Guardian of KATHLEEN COLVIN, an Infant, Plaintiff, v RUSSELL R. BAUER et al., Defendants. RUSSELL R. BAUER, Third-Party Plaintiff-Appellant, v DEBORAH COLVIN, Third-Party Defendant-Respondent. TOWN OF CHEEKTOWAGA, Third-Party Plaintiff-Appellant, v DEBORAH COLVIN, Third-Party Defendant-Respondent. [648 NYS2d 371] —Order unanimously affirmed with costs (*see, Kronengold v Kronengold,* 192 AD2d 487). (Appeals from Order of Supreme Court, Erie County, Howe, J.— Negligent Supervision.) Present—Denman, P. J., Green, Wesley, Doerr and Boehm, JJ.